PC:LMN
F. #2009R02211

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

OSCAR SANDINO,

              Defendant.

- - - - - - - - - - - - - - - - -X

M I S D E M E A N O R
I N F O R M A T I O N

Cr. No. _____
(T. 18, U.S.C., §§ 242
 and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
(Deprivation of Civil Rights - Jane Doe 1)

On or about and between February 16, 2008 and March 11, 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant OSCAR SANDINO, while acting under color of the laws of the State of New York, did knowingly and willfully deprive Jane Doe 1 of the right secured and protected by the Constitution and laws of the United States not to be deprived of liberty without due process of law, to wit: the right to bodily integrity, by coercing Jane Doe 1 to engage in a sexual act through false and exaggerated threats and promises about the criminal prosecution of Jane Doe 1 and termination of Jane Doe 1's parental rights.

(Title 18, United States Code, Sections 242 and 3551 et seq.)

COUNT TWO
(Deprivation of Civil Rights - Jane Doe 2)

In or about and between August 2006 and January 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant OSCAR SANDINO, while acting under color of the laws of the State of New York, did knowingly and willfully deprive Jane Doe 2 of the right secured and protected by the Constitution and laws of the United States not to be deprived of liberty without due process of law, to wit: the right to bodily integrity, by coercing Jane Doe 2 to engage in a sexual act through false and exaggerated threats and promises about the criminal prosecution of Jane Doe 2's cousin.

(Title 18, United States Code, Sections 242 and 3551 et seq.)

COUNT THREE
(Deprivation of Civil Rights - Jane Doe 3)

On or about September 13, 2009, within the Eastern District of New York, the defendant OSCAR SANDINO, while acting under color of the laws of the State of New York, did knowingly and willfully deprive Jane Doe 3 of the right secured and protected by the Constitution and laws of the United States not to be deprived of liberty without due process of law, to wit: the right to bodily privacy, by viewing the partially unclothed body

...

of Jane Doe 3 without consent and without a proper law enforcement interest.

(Title 18, United States Code, Sections 242 and 3551 et seq.)

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: __United States v. Oscar Sandino__

2. Related Magistrate Docket Number(s) _____

    None (X)

3. Arrest Date: __N/A__

4. Nature of offense(s): ☐ Felony
   ☒ Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:  Less than 6 weeks ( X )
   More than 6 weeks ( )

7. County in which crime was allegedly committed: __Queens and Kings Counties__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?  (X) Yes ( ) No

9. Have arrest warrants been ordered?  (X) Yes ( ) No

10. Is a capital count included in the indictment?  ( ) Yes (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Pamela K. Chen
Licha M. Nyiendo
Assistant U.S. Attorney
(718) 254-7575 / 6350

Rev. 10/01/03