

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LMN
F.#2009R02211

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 11, 2010

<u>By Federal Express</u>

Peter Brill, Esq.
Karasyk & Moschella, LLP
225 Broadway
32nd Floor
New York, New York 10007

        Re:   <u>United States v. Oscar Sandino</u>
              <u>Criminal Docket No. 10-331 (VPP)</u>

Dear Mr. Brill:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government provides the following additional discovery material to the above-captioned defendants.  This production supplements the discovery previously provided to you.  We reiterate our request for reciprocal discovery.

      Please find enclosed the following items:

      (a) one compact disk containing: (i) a consensually monitored recording between the defendant and Jane Doe 1 on or about March 11, 2008.  Also on the disk is an enhancement of that recording.  The name and date of birth of Jane Doe 1 has been redacted from the recordings; and (ii) consensually monitored telephone calls between the defendant and Jane Doe 1.  Also on the disk are enhancements of those telephone calls;

      (b) toll records for 646-269-4966 (Jane Doe 2's phone);

      (c) one compact disk containing toll records for 347-645-5595 (the defendant's phone).

If you have any questions or requests, please contact me.

                                              Very truly yours,

                                              LORETTA E. LYNCH
                                              United States Attorney
                                              Eastern District of New York

                                  By:        /s/_____
                                              Pamela K. Chen
                                              Licha M. Nyiendo
                                              Assistant U.S. Attorneys
                                              (718) 254-7575/6350

Enclosures

cc:  Clerk of the Court (VPP)
     (w/o enclosures)