

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LMN
F.#2009R02211

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 13, 2010

<u>By Federal Express and ECF</u>

Mr. Aaron J. Mysliwiec, Esq.
Joshua L. Dratel, P.C.
Two Wall Street, Third Fl.
New York, NY 10005

      Re:  United States v. Oscar Sandino
          <u>Criminal Docket No. 10-331 (VPP)</u>

Dear Mr. Mysliwiec:

    Per your request, enclosed is a duplicate copy of a compact disk containing:

        (i) a March 11, 2008 consensually monitored recording between the defendant and Jane Doe 1. Also on the disk is an enhancement of that recording. The name and date of birth of Jane Doe 1 has been redacted from the recording; and

        (ii) consensually monitored telephone calls between the defendant and Jane Doe 1. Also on the disk are enhancements of those telephone calls.

    This disk was originally produced to defense counsel on June 11, 2010.

If you have any questions or requests, please contact me.

                                        Very truly yours,

                                        LORETTA E. LYNCH
                                        United States Attorney
                                        Eastern District of New York

                            By:       /s/_____
                                        Pamela K. Chen
                                        Licha M. Nyiendo
                                        Assistant U.S. Attorneys
                                        (718) 254-7575/6350

Enclosures

cc:  Clerk of the Court (VPP)
    (w/o enclosures)